UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 12-00296 EJD (BZ) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| HAU PHUC NGUYEN, a/k/a Cizi, | ) | |
| Defendant. | ) | |

This matter came before the Court for an initial appearance/arraignment on Tuesday, May 8, 2012. Counsel for the government and the defendant were present. Based on the hearing and at the request of government and defense counsel, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation and investigation and continuity of counsel.

IT IS HEREBY ORDERED that this case is continued to May 14, 2012 at 1:30 p.m. before Judge Edward J. Davila in San Jose for a status conference.

IT IS FURTHER ORDERED that the period of time from May 8, 2012 through and including May 14, 2012 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: May 11, 2012

BERNARD ZIMMERMAN
United States Magistrate Judge