1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5056
      FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,         )   No. CR 12-00296 EJD
                                      )
14         Plaintiff,                 )   STIPULATION AND [XXXXXXX][PROPOSED]
                                      )   ORDER CONTINUING DATE OF
15         v.                         )   SENTENCING HEARING
                                      )
16  HAU PHUC NGUYEN,                  )
         a/k/a Cizi,                  )
17                                    )   SAN JOSE VENUE
           Defendant.                 )
18  _____ )

19     The undersigned parties respectfully request that the sentencing hearing currently

20  scheduled for July 8, 2013 be continued to August 12, 2013. The reason for the request is that

21  AUSA Susan Knight will be in trial before the Honorable Ronald M. Whyte in *United States v.*

22  *Evelyn Sineneng-Smith*, CR 10-00414 RMW, and will not be available on July 8, 2013.

23  Probation Officer Karen Mar has been informed of the new date and she has no objection.

24  SO STIPULATED:              MELINDA HAAG
                                United States Attorney
25
    DATED: 5/14/13                      _____/s/_____
26                                      SUSAN KNIGHT
                                        Assistant United States Attorney
27
    DATED: 5/14/13                      _____/s/_____
28                                      ROBERT CARLIN
                                        Assistant Federal Public Defender


STIPULATION AND [PROPOSED] ORDER
CR 12-00296 EJD

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. Nguyen*, CR 12-00296 EJD, scheduled for July 8, 2013 is continued to August 12, 2013 at 1:30 p.m.

SO ORDERED.

DATED: 5/20/2013

EDWARD J. DAVILA
United States District Judge